UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 15-83-SDD-EWD |
| DERRICK HILLIARD | |

### RULING

This matter is before the Court on the *pro se Motion to Vacate/Set Aside/Correct Sentence Pursuant to First Step Act Law 2018 Habeas Corpus Relief Under Section 102(b)(2)*[1] filed by Defendant, Derrick Hilliard ("Defendant"). The Government has filed an *Opposition*[2] to the motion. In this motion, Defendant asks the Court to "act and move to apply unto the Movant's sentence credited good time of 54 days (good time 7 days)…" in accordance with the "First Step Act Law 2018."[3]

However, the authority to calculate good time credits rests solely with the Bureau of Prisons ("BOP"). "After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence."[4] "Although the statute does not explicitly say who is responsible for calculating the [§ 3585(b)] credit, controlling precedent indicates that it is the Attorney General acting

---

[1] Rec. Doc. No. 1754.
[2] Rec. Doc. No. 1799.
[3] Rec. Doc. No. 1754, p. 1.
[4] *United States v. Wilson*, 503 U.S. 329, 335 (1991).

Document Number: 64294     1

through the Bureau of Prisons."[5]  Therefore, the Court lacks the authority to grant the relief requested by Defendant.

Accordingly, Defendant's *Motion to Vacate/Set Aside/Correct Sentence Pursuant to First Step Act Law 2018 Habeas Corpus Relief Under Section 102(b)(2)*[6] is DENIED.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 11th day of December, 2020.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[5] *See United States v. Wynder*, No. 15-31073, —— Fed.Appx. ——, 2016 WL 4547228, at *1 (5th Cir. Aug. 31, 2016)(citing *Wilson*, 503 U.S. at 334-35); *see also United States v. Binion*, 981 F.2d 1256 (5th Cir. 1992)(per curiam)("district courts have no jurisdiction to grant or deny credits at sentencing. The computation of credits is wholly the function of the United States Attorney General after the defendants begin their sentences.").

[6] Rec. Doc. No. 1754.